IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALFRED D. WRIGHT                                                                        PETITIONER
Reg # 15710-171

v.                                    Case No. 2:11CV00102 SWW-JTK

T.C. OUTLAW, *Warden,*
FCC - Forrest City
                                                                                        RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  There have been no objections.   After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 19th  day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE