IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ALFRED D. WRIGHT                                                                                    PETITIONER
Reg # 15710-171

v.                             Case No. 2:11CV00102 SWW-JTK

T.C. OUTLAW, *Warden,*
FCC - Forrest City                                                                                  RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 19th day of June, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE